IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY BOLDEN, #130861, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-175-WKW |
| | ) | [WO] |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 3.) Rather than filing an objection to the Magistrate Judge's Recommendation, which found that this case should be transferred, Plaintiff Jimmy Bolden joined in the Recommendation by filing his own *pro se* motion to transfer. (Doc. # 4.) Therefore, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED;

2. This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a); and

3. Plaintiff's *pro se* motion to transfer (Doc. # 4) is GRANTED.

DONE this 24th day of April, 2017.

                                         /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE